157 A.3d 479

**Ronald L. WOLFE, Jr., Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (ERVIN INDUSTRIES, INC.), Respondents**

**No. 197 WAL 2016**

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**